FILED
DEC 15 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANTHONY LAWRENCE SATELL,

        Plaintiff,

  v.

OREGON DEPARTMENT OF CORRECTIONS,

        Defendant.

Civil No. 10-1379-AC

ORDER

ACOSTA, Magistrate Judge.

    Plaintiff, an inmate at the Santiam Correctional Institution, brings this civil rights action pursuant to 42 U.S.C. § 1983 *pro se*. Currently before the Court is Plaintiff's letter request for voluntary dismissal, without prejudice, and Plaintiff' request to be relieved of the obligation to pay the filing fee in this case.

    IT IS ORDERED that Plaintiff's request for voluntary dismissal is GRANTED. This action is DISMISSED, without prejudice.

1 - ORDER -

IT IS FURTHER ORDERED that Plaintiff's request to be relieved from the obligation to pay the filing fee in this case is DENIED, as this Court lacks the authority to grant such a request. *See Shivers v. Phoenix Police Department*, 2010 WL 3613860, *1 (D. Ariz., September 8, 2010).

IT IS SO ORDERED.

DATED this 15th day of December, 2010.

_____
John V. Acosta
United States Magistrate Judge